UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN FENSKE-JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No. 2:19-CV-3046-DSF-E<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

**Based on the Stipulation of the Parties** and for Good Cause shown, this case is dismissed in its entirety with prejudice, with each party to bear its or her own costs and fees.

IT IS SO ORDERED.

DATED:  August 22, 2019

_Dale S. Fischer_
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE